UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:13-cr-555-T-30TGW

HECTOR MANUEL ROSA

**PRELIMINARY ORDER OF FORFEITURE**

Before the court is the United States' Motion for a Preliminary Order of Forfeiture (Dkt. #26) for the following property, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and 21 U.S.C. § 853(a)(2): a 2005 Ford Mustang GT, Vehicle Identification Number 1ZVHT82H355220283.

Being fully advised in the premises, the court finds that the 2005 Ford Mustang GT was used to facilitate the distribution of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), as charged in Count Two of the Indictment, for which the defendant has been convicted. Thus, the United States has established the requisite nexus between the property sought for forfeiture and the offense of conviction, and the United States is entitled to possession of the vehicle pursuant to Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, it is hereby

**ORDERED** that the motion (Dkt. #26) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b) (2) and 21 U.S.C. § 853(a) (2), all right, title and interest of the

defendant in the 2005 Ford Mustang GT, Vehicle Identification Number 1ZVHT82H355220283, are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The court retains jurisdiction to address any third party claim that may be asserted, and to enter any further orders necessary for the forfeiture and disposition of the vehicle.

**ORDERED** in Tampa, Florida on April 4th, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties of Record

F:\Docs\2013\13-cr-555 prelim forfeit.docx